THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

VS.                                CASE #4:17-MJ-4010

RANDY TERRELL HAYES                                                  DEFENDANT

## ORDER OF DETENTION

The Defendant appeared for initial appearance on a complaint filed in this case. The Court has explained to the Defendant the right to a hearing to consider the issue of pretrial release or detention. The Defendant waived the right to an immediate detention hearing, but reserves the right to a hearing on the issue of detention should Defendant's circumstances change. Defendant's counsel should notify the Court when this matter is ready for a detention hearing.

IT IS THEREFORE ORDERED, that the Defendant is detained pursuant to 18 U.S.C. § 3142(a)(4) and remanded to the custody of the U.S. Marshal for all further proceedings, including consideration of pretrial release on request of the Defendant.

SO ORDERED August 24, 2017.

                                                      */s/ Barry A. Bryant*
                                                   HON. BARRY A. BRYANT
                                                   UNITED STATES MAGISTRATE JUDGE